### HENRY ORANSTEIN *vs.* EDWIN J. SMITH.

#### First Judicial District.

Argued January 2d—decided February 6th, 1901.

ACTION against the sheriff to recover damages for the escape of a prisoner committed to jail on civil process, brought to the Court of Common Pleas in Hartford County and tried to the court, *Case*, *J.;* facts found and judgment rendered

743

for the plaintiff, and appeal by the defendant for alleged errors in the findings of the court. *No error.*

*Hugh O'Flaherty* and *David Kempner*, for the appellant (defendant).

*Joseph P. Tuttle*, for the appellee (plaintiff).

BY THE COURT. No error. Opinion filed with clerk of Court of Common Pleas, Hartford County.